JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONY MEJIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AURORA LOAN SERVICES, LLC, AFFILIATED FUNDING CORP., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, LANDAMERICA, QUALITY LOAN SERVICE CORP., BANK OF AMERICA HOME LOANS, COUNTRYWIDE BANK, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: CV 09-8914 DSF (PJWx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, and that the action be dismissed with prejudice as to Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems, Inc. and without prejudice as to the other defendants.

Dated: 10/21/10

_____
Dale S. Fischer
United States District Judge